422 A.2d 681

Commonwealth v. Odgen, Appellant.

Submitted March 12, 1979.  Anthony S. Federico, Jr., for appellant; LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.